

FILED

NOV 27 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JAVIER JIMENEZ ALVAREZ, CRESELDA<br>ANN PEREZ, GUILLERMINA ALVAREZ,<br>and JENNIFER ALVAREZ,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 1: 18-CR-00247 LJO SKO

ORDER TO UNSEAL INDICTMENT

  The indictment, having been sealed by order of this Court on November 8, 2018, and it appearing that the indictment no longer needs to remain sealed based on the government's motion,

  IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED:   1/27/18

_____
UNITED STATES MAGISTRATE JUDGE

2

McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:18-CR-00247 LJO SKO |
| | ) | |
| Plaintiff, | ) | MOTION TO UNSEAL INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER JIMENEZ ALVAREZ, CRESELDA | ) | |
| ANN PEREZ, GUILLERMINA ALVAREZ, | ) | |
| and JENNIFER ALVAREZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America hereby applies to this Court for an order unsealing the indictment previously sealed herein by the Court on November 8, 2018.  Due to the intervening arrests of the defendants, the indictment no longer needs to remain sealed.

Accordingly, the United States requests that the indictment be unsealed and made public record.

DATED: November 27, 2018          McGREGOR W. SCOTT
                                                     United States Attorney

                                        By:  /s/ Christopher D. Baker
                                             CHRISTOPHER D. BAKER
                                             Assistant U.S. Attorney