1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | Case No. 1:18-CR-00247 LJO SKO
11 |         Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS**
12 |    v. |
13 | JAVIER JIMENEZ ALVAREZ et al., |
14 |         Defendant. |

15

16

17    WHEREAS, the discovery in this case is expected to contain a
18 large amount of proprietary, personal and confidential
19 information including, but not limited to, Social Security
20 numbers, dates of birth, telephone numbers, and residential
21 addresses ("Protected Information"); and
22    WHEREAS, the parties desire to avoid both the necessity of
23 large scale redactions and the unauthorized disclosure or
24 dissemination of this information to anyone not a party to the
25 court proceedings in this matter;
26    The parties agree that entry of a stipulated protective
27 order is appropriate.
28    Therefore, Defendants JAVIER JIMENEZ ALVAREZ, CRESELDA ANN

Stipulation and Protective Order

PEREZ, GUILLERMINA ALVAREZ and JENNIFER ALVAREZ, by and through their counsel of record ("Defense Counsel"), and the United States of America ("Government"), by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendants to view unredacted documents in the presence of their attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the

property of the Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendants, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that any Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: December 3, 2018  McGREGOR W. SCOTT
United States Attorney

By: /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

DATED: _____  By: _____
NICHOLAS REYES
Attorney for Defendants
Javier Jimenez Alvarez and
Guillermina Alvarez

DATED: _____  By: _____
PEGGY SASSO
Attorney for Defendant
Jennifer Alvarez

DATED: _____  By: _____

                                            Attorney for Defendant
                                            Creselda Ann Perez

IT IS SO ORDERED.

   Dated:   **December 3, 2018**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE