1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00247 LJO-SKO |
| | | ) | |
| 12 | Plaintiff, | ) | **APPLICATION AND** |
| | | ) | **ORDER APPOINTING CJA PANEL** |
| 13 | vs. | ) | **COUNSEL** |
| | | ) | |
| 14 | JAVIER JIMENEZ ALVAREZ, et al., | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| | | ) | |
| 16 | | ) | |

17    Co-Defendant, Creselda Ann Perez, through the Federal Defender for the Eastern District

18 of California, hereby requests appointment of CJA Panel Counsel. Our office has a conflict.

19    Defendant is charged by Indictment with 18 U.S.C. § 1349 – Conspiracy to Commit Mail

20 and Wire Fraud; 18 U.S.C. § 1341 – Mail Fraud (12 counts); and, 18 U.S.C. § 1343 – Wire Fraud

21 (12 counts). Our office was notified by the FBI that defendant was self-surrendering today,

22 which surrender has been postponed until Monday, December 17, 2018.

23    Therefore, defendant submits the attached Financial Affidavit as evidence of her inability

24 to retain counsel. It is respectfully recommended that CJA Panel Counsel be promptly

25 appointed, as time is of the essence.

26    Dated: December 13, 2018                    */s/ Eric Kersten*

27                                                              ERIC KERSTEN for CHARLES LEE
Assistant Federal Defender
28                                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the

Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **December 13, 2018**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE