**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CRESELDA ANN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESELDA ANN PEREZ,<br><br>Defendant | Case No.: 1:18-CR-00247 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, Creselda Ann Perez, hereby waives her appearance in person in open court upon the status conference set for Monday, August 19, 2019 of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 8/13/19 　　　　　　　　　　　　　　　　　*/s/Creselda Ann Perez*
　　　　　　　　　　　　　　　　　　　　　　　　Creselda Ann Perez


Date: 8/13/19 　　　　　　　　　　　　　　　　　*/s/David A. Torres*
　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant Creselda Ann Perez is excused from appearing at the court hearing scheduled for Monday, August 19, 2019.

IT IS SO ORDERED.

Dated: **August 13, 2019**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE