**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CRESELDA ANN PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESELDA ANN PEREZ,<br><br>Defendant | Case No.: 1:18-CR-00247 LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, Creselda Ann Perez, hereby waives her appearance in person in open court upon the status conference set for Monday, October 21, 2019 of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: October 17, 2019                     */s/Creselda Ann Perez*_____
                                            Creselda Ann Perez


Date: October 17, 2019                     */s/David A. Torres*_____
                                            DAVID A. TORRES,
                                            Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant Creselda Ann Perez is excused from appearing at the trial setting hearing scheduled for Monday, October 21, 2019.

IT IS SO ORDERED.

Dated: **October 18, 2019**           /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE