**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CRESELDA ANN PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:18-cr-00247 LJO-SKO |
| | ) |
| Plaintiff, | ) |
| | ) **DEFENDANTS REQUEST AND WAIVER** |
| vs. | ) **OF APPEARANCE** |
| | ) |
| CRESELDA ANN PEREZ, | ) |
| | ) |
| Defendant | ) |

    Defendant, Creselda Ann Perez, hereby waives her appearance in person in open court

upon the status conference set for Tuesday, January 21, 2020 of the above entitled court.

Defendant hereby requests the court to proceed in her absence and agrees that her interest will be

deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES.

Defendant further agrees to be present in person in court at all future hearing dates set by the

court including the dates for jury trial.


Date: January 16, 2020                    */s/Creselda Ann Perez*_____
                                          Creselda Ann Perez


Date: January 16, 2020                    */s/David A. Torres*_____
                                          DAVID A. TORRES,
                                          Attorney for Defendant

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant Creselda Ann Perez is hereby excused from appearing at this court hearing scheduled for Tuesday, January 21, 2020.

IT IS SO ORDERED.

Dated: **January 17, 2020**                                 /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE