DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CRESELDA PEREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRESELDA PEREZ,<br><br>Defendants. | Case No.  1:18-CR-00247 NONE-SKO<br><br><br>**STIPULATION AND ORDER TO TERMINATE DEFENDANTS PRETRIAL SERVICES SUPERVISION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND VINCENTE A. TENNERELLI, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, CRESELDA PEREZ, by and through her attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court remove Mrs. Perez from Pretrial Services' supervision based on Mrs. Perez's current medical condition. Mrs. Perez has been under Pretrial Services supervision for approximately two years without incident. The parties stipulate that Mrs. Perez's supervision be terminated, and that conditions numbers one through four of her release should remain in effect. Mrs. Perez's Pretrial Services Officer, Ryan Beckwith, is aware of the request and he has no objection.

 Additionally, defense counsel will provide the court and the government quarterly reports regarding Mrs. Perez's status via email. The court should also be made aware that Mrs. Perez is not ambulatory and is receiving medical treatment. I have spoken to AUSA Tennerelli and he has no objection.

**IT IS SO STIPULATED.**

DATED: February 3, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CRESELDA PEREZ

DATED: February 3, 2021

*/s/ Vincente Tennerelli*
VINCENTE TENNERELLI
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Creselda Perez' Pretrial Supervision be terminated; however, Mrs. Perez must abide by conditions one through four of her release. Defense counsel must also provide quarterly reports to the government and the court as to defendant's status.

IT IS SO ORDERED.

Dated:   **February 3, 2021**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2