PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CRESELDA ANN PEREZ, ET AL,<br><br>                    Defendants. | CASE NO. 1:18-CR-00247-NONE<br><br>STIPULATION REGARDING COMPETENCY HEARING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 28, 2022<br>TIME: 9:00 a.m.<br>CRTM: Hon. Jennifer L. Thurston |

**STIPULATION**

1. By previous order, this matter was set for a Competency Hearing under 18 U.S.C. § 4241 on January 28, 2022.   Dkt. 133.

2. By this stipulation, the parties now move to continue the Competency Hearing until February 25, 2022, and to exclude time between January 28, 2022, and February 25, 2022, under 18 U.S.C. § 3161(h)((1)(A).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Joint Motion of the United States and Creselda Ann Perez Under 18 U.S.C. § 4241, was set by the Hon. Dale A. Drozd for hearing before Hon. Jennifer L. Thurston on January 28, 2022, at 9:00 a.m.  The government was also asked to inform the court by no later than January 21, 2022, whether it intended to contest a finding of incompetence and whether a further competency hearing was required.

STIPULATION REGARDING COMPETENCY HEARING

1

b) Defendant Perez has provided the government with a medical report that concludes that Defendant Perez is currently mentally incompetent to proceed to trial. The report does not address whether the medical condition should be considered permanent, or whether there is a possibility defendant Perez could be restored to competency in the future. The parties believe this information would be useful for the Court to have prior to the competency hearing. Therefore, defendant Perez has agreed to make inquiry from the medical professional on this question. The parties believe that this can be accomplished if the competency hearing is continued for four weeks, until February 25, 2022.

c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 28, 2022 to February 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(A) because it results from delay resulting from a proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 20, 2022　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ MARK J. McKEON
　　　　　　　　　　　　　　　　　　　　　　　MARK J. McKEON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 20, 2022　　　　　　　　　　　/s/ DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　CRESELDA ANN PEREZ

**FINDINGS AND ORDER**

   IT IS SO FOUND.

IT IS SO ORDERED.

   Dated:   **January 20, 2022**

_____
UNITED STATES DISTRICT JUDGE