PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRESELDA ANN PEREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:18-CR-00247-JLT<br><br>ORDER ON COMPTENCY OF DEFENDANT CRESELDA ANN PEREZ |

　　　　On February 25, 2022, this matter came on for a hearing on the joint motion of defendant Creselda Ann Perez and the government that the Court find there is "reasonable cause to believe that [Ms. Perez] may presently be suffering from a mental disease or defect rendering [her] mentally incompetent to the extent that [she] is unable to understand the nature and consequences of the proceedings against [her] or to assist properly in [her] defense." *See* 18 U.S.C. § 4241(a).

　　　　The Ninth Circuit has said that the Constitution provides criminal defendants with a right to be competent during trial, and that the defendant must have a rational as well as a factual understanding of the proceedings against her, and have the sufficient present ability to consult with her lawyer with a reasonable degree of rational understanding. If she is s unable to do that, then the proceedings against her should not go further.

　　　　　Based on the stipulation of the parties and my review of the medical reports submitted to me by

[PROPOSED] ORDER ON COMPTENCY　　　　　　1

defendant Perez, I find that there is genuine doubt about Ms. Perez's competence.

I consider the fact that the charges against Ms. Perez are serious. I have now been apprised of her situation; specifically, that she has suffered a serious stroke a significant amount of time ago, which has led us to the conclusion that her ability to proceed at this time is not possible, and that her rehabilitation is going to be a slow and lengthy process. It does appear to me that based upon this information, that she does not have the present ability to understand the nature and consequences of the court proceedings, and to properly assist with counsel in her defense. Therefore, I will find that she is not presently competent to engage in the proceedings leading up to the trial.

This matter is set for a further status conference on defendant Creselda Perez's competency for August 26, 2022, at 9:00 a.m.

Based upon 18 U.S.C. Section 3161(h)(4), time is excluded until August 26, 2022, based upon defendant Creselda Perez's incapacity to proceed to trial at this time. I find that good cause exists and the interest of justice outweighs the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 9, 2022**

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON COMPTENCY        2