PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAVIER JIMENEZ ALVAREZ, CRESELDA ANN PEREZ, AND GUILLERMINA ALVAREZ,<br><br>                    Defendants. | CASE NO. 1:18-CR-00247-JLT<br><br>STIPULATION TO SEVER PURSUANT TO RULE 14 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE<br><br>TRIAL DATE: May 31, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

The parties, by and through their respective counsel, hereby stipulate and agree:

1. This matter is currently set for trial on May 31, 2022, at 8:30 a.m. before the Hon. Jennifer L. Thurston.

2. On February 25, 2022, the court found that the defendant Creselda Ann Perez is not currently physically or mentally competent to proceed to trial on May 31, 2022. The court set a further status conference to review defendant Perez's competency on August 26, 2022, and excluded time as to defendant Perez under 18 U.S.C. § 3161(h)(4).

3. The government and defendants Javier Jimenez Alvarez and Guillermina Alvarez would like to keep the set trial date as to the case against them.[1]

---

[1] The Court anticipates that the trial date will have to change due to a conflict with another, even higher priority, criminal trial.

STIPULATION RE SEVERANCE   1

4. The government and defendants Javier Jimenez Alvarez, Creselda Ann Perez, and Guillermina Alvarez agrees pursuant to Rule 14 of the Federal Rules of Criminal Procedure that the continued joinder of defendant Perez to the other defendants appears to prejudice the defendants' and the government's right to a speedy trial.

THEREFORE THE PARTIES STIPULATE:

1. Pursuant to Rule 14 of the Federal Rules of Criminal Procedure, the Court may find that the joinder of defendant Creselda Ann Perez for trial appears to prejudice the defendants and the government, and therefore the Court may sever the trials of Creselda Ann Perez from the trial of defendants Javier Jimenez and Guillermina Alvarez.

Dated: March 9, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ MARK J. McKEON
MARK J. McKEON
Assistant United States Attorney

Dated: March 9, 2022

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
CRESELDA ANN PEREZ

Dated: March 9, 2022

/s/ DAVID A. TORRES
NICHOLAS F. REYES
Counsel for Defendants
JAVIER JIMENEZ ALVAREZ
and GUILLERMINA ALVAREZ

ORDER

IT IS SO ORDERED.

Dated: **March 10, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION RE SEVERANCE

2