PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
ALEXANDRE DEMPSY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRESELDA ANN PEREZ,<br><br>Defendant. | CASE NO. 1:18-CR-00247-JLT<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 26, 2022<br>TIME: 9:00 a.m.<br>COURT: HON. JENNIFER L. THURSTON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on competency on August 26, 2022.

2. By this stipulation, defendant now moves to continue the status conference until September 9, 2022, and to exclude time between August 26, 2022, and September 9, 2022, under 18 U.S.C. § 3161(h)(4).

3. The parties agree and stipulate, and request that the Court find the following:

   a) On February 25, 2022, the court found that the defendant Creselda Ann Perez is not currently physically or mentally competent to proceed to trial on May 31, 2022. The court set a further status conference to review defendant Perez's competency on August 26, 2022, and excluded time as to defendant Perez under 18 U.S.C. § 3161(h)(4).

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) The Court has informed the parties that it is unavailable on August 26, 2022. The defendant has requested that the status conference be continued until September 9, 2022.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2022 to September 9, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(4) based on defendant Creselda Perez's incapacity to proceed to trial at this time.

f) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 19, 2022                               PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ MARK J. McKEON
                                                   MARK J. McKEON
                                                   Assistant United States Attorney


Dated: July 19, 2022                               /s/ DAVID A. TORRES
                                                   DAVID A. TORRES
                                                   Counsel for Defendant
                                                   CRESELDA ANN PEREZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **July 19, 2022**

_____
UNITED STATES DISTRICT JUDGE