PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00247-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | DATE: November 18, 2022 |
| CRESELDA ANN PEREZ, | TIME: 09:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |
| Defendants. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss all charges in Case No. 1:18-cr-00247-JLT-SKO against Defendant CRESELDA ANN PEREZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: November 15, 2022                            PHILLIP A. TALBERT
                                                    United States Attorney

                                            By:  /s/ ALEXANDRE DEMPSEY
                                                 ALEXANDRE DEMPSEY
                                                 Assistant United States Attorney

MOTION TO DISMISS                                1

**O R D E R**

IT IS HEREBY ORDERED that all charges in Case No. 1:18-cr-00247-JLT-SKO against Defendant CRESELDA ANN PEREZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **November 15, 2022**

_____
UNITED STATES DISTRICT JUDGE